UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 17-80148 |
| APOLLO COMPANIES INC | § | |
| | § | |
| Debtor | § | Chap 11 Small Business Case |

**DEBTOR'S MOTION PURSUANT TO 11 U.S.C. §§ 1121 AND 1129(e)
FOR THE COURT TO CONDITIONALLY APPROVE THE DEBTOR'S DISCLOSURE
STATEMENT AND SET THE COMBINED FINAL DISCLOSURE STATEMENT
APPROVAL HEARING AND CONFIRMATION WITHIN FORTY-FIVE (45) DAYS**

TO THE HONORABLE U. S. BANKRUPTCY JUDGE:

COMES NOW Apollo Companies, Inc, (the "Debtor"), and moves this Honorable Court to conditionally approve the Chapter 11 Small Business Disclosure Statement filed by the Debtor on November 4, 2017, and for grounds would state as follows:

1.      The due date pursuant to the United States Bankruptcy Code for the Debtor' exclusive right to file its Disclosure Statement and Plan of Reorganization is November 5, 2017. The Debtor complied with the Code and timely filed the Chapter 11 Small Business Disclosure Statement and Plan of Reorganization on November 4, 2017.

2.      Pursuant to 11 U.S.C. § 1129(e), the Plan of Reorganization must be confirmed within forty-five (45) days after it is filed, unless good cause is shown.  For this reason, the Debtor requests that the Court conditionally approve the Chapter 11 Small Business Disclosure Statement and set a combined hearing on final approval of the Chapter 11 Small Business Disclosure Statement and Confirmation for a date within the next 45 days.

WHEREFORE, premises considered, Apollo Companies, Inc. requests that the Court grant this motion, and for such other relief as is just and equitable.

Respectfully submitted,

_E. Rhett Buck_
SBOT: 03293860
3730 Kirby Dr., Suite 1200
Houston, TX 77098
Tel: 713-868-9447 Fax: 713-868-6157
Email: erhettbuck@aol.com
ATTORNEY FOR THE DEBTOR

## CERTIFICATE OF SERVICE

I hereby certify in accordance with Bankruptcy Rule 9013 that a copy of the foregoing was on this the 4th day of November, 2016 sent via United States First Class Mail, fax or by electronic notice by the Clerk of the Court to the following interested or required parties:

See attached list

2

Data Flow
PO Box 590701
Houston TX 77062

Becket and Lee LLP
American Express
P.O. Box 3001
Malvern, PA 19355-0701

Captial One
PO Box 30285
Salt Lake City, UT 84130

Blue Cross Blue Shield of Texas
17806 IH 10 West
Suite 200
San Antonio, TX 78257

Wex Inc
Murphy USA Fleet
PO BOX 639
Portland, ME 04104

Wells Fargo
420 Montgomery St
San Francisco, CA 94104

Verizon Wireless
500 Technology Dr
Suite 550
Weldon Spring, MO 63304

Thomas Printworks
PO BOX 740967
Dallas, TX 75374

Teamviewer
Jahnstr 30
73037 Goeppingen
Germany

T-Mobile
PO BOX 53410
Bellevue, WA 98015

Sherry German Attorney At Law
450 N Texas Ave
Suite A
Webster, TX 77598

Saia Shipping
PO BOX A
Station 1
Houma, LA 70363

Progressive Waste Solutions of
Texas
PO BOX 660043
Dallas, TX 75266-0043

Professional Plotter Pro
3913 Todd Ln
Suite 512
Austin, TX 78744

Optimum It Services
7202 PINE DR
ALVIN, TX 77511

Old Dominion
200 Brisbane Rd
Houston, TX 77061

Lee's Delivery
13927 Brunswick Place
Houston, TX 77047

ITSOURCE PRO
5307 Creekbend Dr.
Houston, TX 77096

Ingram Micro
1759 Wehrle Dr
Williamsville, NY 14221

Info Tech
18115 Bluefield Lane
Richmond, TX 77407

Houston Digital Solutions
PO BOX 2226
Sugar Land, TX 77487

Houston Chronicle Media Group
4747 Southwest Freeway
Houston, TX 77027

Gohlke & Company
17041 El Camino Real
Suite 104
Houston, TX 77058

Ebay Inc
2145 Hamilton Ave
San Jose, CA 95125

Drexel Technologies Inc
10840 W 86th St
Lenexa, KS 66214

Denitech
820 W Sandy Lake Rd
Suite 100
Coppell, TX 75019

Datatech Solutions Inc
PO BOX 590701
Houston, TX 77062

Customer Services Inc
3715 Jeanetta St
Houston, TX 77063-5505

Creative Switching Designs
5140 Franz Rd
Suite 700
Katy, TX 77493

Craters and Freighters
2220 Merritt Dr
Suite 200
Garland, TX 75041

COSM Services Llc
3716 Wroxton Rd
Houston, TX 77005

Copynet Office Systems Inc
Po box 860545
Plano, TX 75086

Copier Wholesale of Texas
28706 FM 2920
Waller, TX 77484

Barrister
PO BOX 1979
Hammond, LA 70404-1979

American Express
PO BOX 360001
Fort Lauderdale, FL 33336-00001

Alpheus Data Services LLC
1301 Fannin
20th Floor
Houston, TX 77002

A & A Cleaning
PO BOX 1277
Pearland, TX 77588-1277

Texas Workforce Commission
4111 Fairmont Parkway
Suite 104B
Pasadena, TX 77504-3339

Texas Comptroller
Capitol Station
PO BOX 13528
Austin, TX 78711-3528

Toyota Financial
PO BOX 8026
Cedar Rapids, IA 52409

Kabbage
925B Peachtree St NE
Suite 1688
Atlanta, GA 30309

Great America
625 1st St
Suite 800
Cedar Rapids, IA 52401

Small Business Administration
10737 Gateway West
Suite 300
El Paso, TX  79935

Forward Financing
36 Bromfield St
2nd Floor
Boston, MA 02108

Internal Revenue Service
Po box 7346
Philadelphia, pa 19101-7345

On Deck Capital
901 N Stewart St
Suite 700
Arlington, VA 22203

Harris County ET AL.
C/O John P. Dillman
Linebarger Goggan Blair & Sampson
LLP
P.O. Box 3064
Houston, TX 77081

Brazoria County Tax Office
Ro'vin Garrett, PCC
111 E Locust
Angleton, TX 77515

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 21126
Philadelphia, PA 19114

Rhett Buck Attorney, CPA
3730 Kirby Dr.
Suite 1200
Houston, TX 77098

Eric C Grimm PLLC
1017 West South Street
Alvin, TX 77511

Hannah Shepard
5277 Country Road 868E
Brazoria, TX 77422

Toyota Financial
PO BOX 8026
Cedar Rapids, IA 52409

Toyota Financial
PO BOX 8026
Cedar Rapids, IA 52409

Texas Comptroller
Capitol Station
PO BOX 13528
Austin, TX 78711-3528

Kabbage
925B Peachtree St NE
Suite 1688
Atlanta, GA 30309

Christina Woolsey
722 West Dent St.
Clute, TX 77531

Great America
625 1st St
Suite 800
Cedar Rapids, IA 52401

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 17-80148 |
| APOLLO COMPANIES INC | § | |
| | § | |
| Debtor | § | Chap 11 Small Business Case |

**ORDER ON**
**DEBTOR'S MOTION PURSUANT TO 11 U.S.C. §§ 1121 AND 1129(e),**
**FOR THE COURT TO CONDITIONALLY APPROVE THE DEBTOR'S DISCLOSURE**
**STATEMENT AND SET THE COMBINED FINAL DISCLOSURE STATEMENT**
**APPROVAL HEARING AND CONFIRMATION WITHIN FORTY-FIVE (45) DAYS**

Came on to be heard, or considered, as necessary, the above caption

DEBTOR'S MOTION PURSUANT TO 11 U.S.C. §§ 1121 AND 1129(e)

FOR THE COURT TO CONDITIONALLY APPROVE THE DEBTOR'S DISCLOSURE

STATEMENT AND SET THE COMBINED FINAL DISCLOSURE STATEMENT

APPROVAL HEARING AND CONFIRMATION WITHIN FORTY-FIVE (45) DAYS

And Therefore it is Hereby

ORDERED

Said Motion is approved, Debtor's Disclosure Statement, combined with Debtor's Plan under

Small Business Bankruptcy procedures, is conditionally approved, and Debtor shall schedule a

Hearing for Confirmation within 45 days.

Date; _____                                    _____

                                                                        Honorable Judge Presiding

3