ERIC C. GRIMM, PLLC
Bespoke. Legal. Services.
1017 West South Street; P.O. Box 1266
Alvin, TX 77512-1266
734.717.4900

December 14, 2017

Eric C. Grimm
Admitted to Practice:
Texas              1993
District of Columbia  1995
Michigan           1998

Ms. Pamela Foley, President
Apollo Companies, Inc.
202 South Hardie Street
Alvin, TX 77511

    Re:    <u>Invoice for Legal Services – Contingent Collection Matters.</u>

Dear Ms. Foley:

Attached is a Petition to Approve Compensation, relating to three concluded contingent-fee collection matters. The three matters are:

|   | Matter | Amount |
|---|--------|--------|
|   | Promar | $2000.00 |
|   | Pro Energy | $2518.15 |
| and | Wilmar Oleo | <u>$1193.76</u> |
|   | Total: | $5711.91 |

In the Promar matter, $5000.00 was recovered, of which sixty percent (60%), $3000.00 remains with the Estate. The 40% contingent fee for legal counsel is set forth in a Legal Services Agreement and related Affdavit approved by the Court.

In the Pro Energy matter, the demand of $6295.38, was paid by Pro energy, resulting in a net recovery for the Estate of $3777.22 (sixty percent of $6295.38). The 40% attorney fee is $2518.15, pursuant to the court-approved formula.

Relating to Wilmar Oleo, the $350.00 filing fee for filing the Adversary Proceeding is returned to the Estate. That settlement results in a 100% recovery for the Estate, in the amount of $2984.41 (in addition to reimbursement of the filing fee). The attorney fee of 40% ($1193.76) is being paid by Wilmar Oleo, not by reducing the Estate's recovery.

Ms. Pamela Foley, President
Apollo Companies, Inc.
December 14, 2017
Page 2

    Please feel to call if you have any questions.

                                              Very truly yours,

                                              Eric C. Grimm