Exhibit A to Complaint (ECF Entry No. 1) in
Apollo Companies, Inc., et al., v. MMR Constructors, Inc.,
Adversary Proceeding No. 3:18-ap-08006 (Bankr. S.D. Tx.).



281-286-3600 ◆ Fax 281-331-9250

# EQUIPMENT AGREEMENT

| Installation Address | | Billing Address | |
|---|---|---|---|
| **Client:** | **MMR GROUP** | **Client:** | MMR Group |
| **Address:** | **317 Country Rd  120** | **Address:** | **15961 Airline Highway** |
| **City/State:** | **Lane City, tx 77453** | **City/State:** | Baton Rouge, LA 77453 |
| **Phone#:** | 409-727-0456 | **Phone#:** | |
| **Contact:** | Lacey Landry | **Contact:** | |
| **Email:** | llandry@mmrgrp.com | **Email:** | mleveque@aopinc.com |

## Service Agreement:

 **X**   Comprehensive Maintenance:  Service Contract includes labor, travel, and toner. Excludes shipping, staples, paper & third-party accessories.
All IT, Networking / Connectivity service calls are not included.

## Equipment Options: (Please initial beside your choice of payment)

_____ Equipment Purchase: The undersigned agrees to purchase from Apollo Office Systems the equipment listed at the price shown below plus any sales tax.
_____ Equipment Lease: The undersigned agrees to Lease the equipment listed at the rates shown, plus State sales tax when applicable. Damage caused by misuse, abuse, neglect and otherwise preventable by the customer will be remedied and billed to the customer separately from the rates stated. Customer will provide an adequate surge protector and insurance protection on the equipment while in customer's possession.
 **X**  Equipment Rental: The undersigned agrees to Rent from Apollo Office Systems the equipment listed at the rates shown, plus State sales tax when applicable. Damage caused by misuse, abuse, neglect and otherwise preventable by the customer, will be remedied and billed separately from the rates stated. Customer will provide an adequate surge protector and insurance protection on the equipment while in customer's possession.

| Model & Functions: | Equip Plans: | | |
|---|---|---|---|
| **Kyocera TA 552ci  (Demo)** | __ Purchase<br>X Rental<br>__ Lease: $1 Buyout<br>__ Lease: FMV<br>X Service | **B/W Monthly Base Fee:**<br>Included | **Color Monthly Base Fee:**<br>Included |
| Color Network Copy/Print/Scan/Fax<br>Auto Reversing Document Processor. Automatic double sided copying, 4-500 paper trays, 100 sheet multipurpose tray up to 11x17 paper size network Print/Scan | | **B/W  Monthly Allowance:**<br>0 | **Color Allowance:**<br>0 |
| | | **B/W Image Rate:**<br>$0.01575 | **B/W Image Rate:**<br>$0.09855 |
| **Purchase Options** | **Cost** | | |
| 18-24 Month Rental | $450.00 | **Delivery/ Pick up** | $ 250.00 |
| | | **Surge Protector** | Included |
| | | **Network Integration** | $ 145.00/HR |

| Client Approval — *Subject to terms and conditions on 2nd page* | Apollo Office Systems |
|---|---|
| **By:** *[signature]* | **By:** *Pamela Foley* |
| **Printed Name:** *Lacey Landry* | **Printed Name:**   Pamela Foley |
| **Title:** *Office Manager* | **Title:**   Owner |
| **Date:** 8/9/16   **PO #:** BMO810715-10-0054 | **Date:** 8/9/16 |

**Start Date:** _____     **End Date:** _____

**Lease #:** _____     **Beginning Meters:  B/W**_____     **Color**_____

# Apollo Office Systems LLC

### Maintenance Agreement – Terms and Conditions

1. This service agreement is non-cancelable and will remain in effect for the duration of the term stated on the first page. Coverage will become effective upon the signature from both parties and the reception of payment at Apollo Office Systems (AOS) office. The agreement will renew itself automatically at the end of the term unless cancelled in writing by either party prior to 30 days from the anniversary date. Coverage shall be renewed at the current pricing. Unless authorized in writing by AOS, this maintenance agreement is not transferable. If, during the term of this agreement the equipment is upgraded with other equipment by AOS, the Customer will be credited the unused portion of the existing agreement. Only the equipment identified on the first page of this document is covered by this agreement.

2. **STANDARD COVERAGE** – AOS agrees to provide to the Customer, during AOS normal business hours, the maintenance service necessary to keep the Equipment in, or restore the Equipment to, good working order in accordance with AOS policies then in effect. This maintenance service includes maintenance based upon the specific needs of individual Equipment, as determined by AOS, and unscheduled, on-call remedial maintenance. For each unscheduled service call requested by Customer, AOS shall have a reasonable time within which to respond. Maintenance will include lubrication, adjustments and replacement of maintenance parts deemed necessary by AOS. Maintenance parts will be furnished on an exchange basis and the replaced parts become the property of AOS. Maintenance service provided under this Agreement does not assure uninterrupted operation of the Equipment.

   **EXCLUSIONS TO MAINTENANCE SERVICE** - Maintenance service provided by AOS under this Agreement does not include: **(a)** Repair of damage or increase in service time caused by failure of the Customer continually to provide a suitable installation environment with all facilities prescribed by AOS, including, but not limited to, the failure to provide adequate electrical power, air-conditioning, or humidity-control; **(b)** Repair of damage or increase in service time caused by: accident, disaster (which shall include but not be limited to fire, flood, water, wind and lightning); transportation, neglect, power transients, abuse or misuse, failure of the Customer to follow AOS published operating instructions, and unauthorized modifications or repair of Equipment by persons other than authorized representatives of AOS; **(c)** Repair of damage or increase in service time caused by use of the Equipment for purposes other than those for which designed; **(d)** Replacement of parts, which are consumed in normal Equipment operation, unless specifically included; **(e)** Furnishing supplies or accessories, painting or refinishing the Equipment or furnishing the material therefore, inspecting altered Equipment, performing services connected with relocation of Equipment or adding or removing accessories, attachment or other devices; **(f)** Repair of damage, replacement of parts (due to other than normal wear) or repetitive service calls caused by use of incompatible supplies; **(g)** Complete unit replacement or refurbishment of the Equipment; **(h)** Electrical work external to the Equipment or maintenance of accessories, attachments, or other devices not furnished by AOS; **(i)** Increase in service time caused by Customer denial of full and free access to the Equipment or denial of departure from Customer's site. **(j)** Unless agreed herein, consumable supplies such as, but not limited to, paper, staples, developer, drum, toner, and fuser oil. The foregoing items excluded from maintenance service, if performed by AOS, will be charged to the Customer at AOS applicable time and material rates and terms then in effect.

2a. **COMPREHENSIVE COVERAGE** – In addition to standard coverage, toner and fuser supplies are also provided by AOS. <u>Cost of delivery for any supplies is charged to the customer.</u>

2b. If available, maintenance service requested and performed outside AOS normal business hours will be charged to the Customer at double (2x) AOS currently applicable rate with a four (4) hour minimum portal to portal charge. Additional time beyond the four (4) hour minimum will be billed in six (6) minute intervals.

3. The Customer will provide an adequate surge protector that meets the equipment's requirements, including Prolonged Over Voltage Protection, "POVP", reverse polarity/no ground detection and shutdown, line monitor, high voltage surge and lightening protection, and low voltage spike and noise protection. (15amp/120volt or as required for your particular machine)

4. If the equipment is located in an environment that is conducive to equipment damage, such as: Excessive dust, non air-conditioned offices, high humidity, vapors, etc., and these conditions require more than 3 (three) cleaning inspections per year, AOS reserves the right to bill the Customer for the additional cleaning service, at the then current rates. <u>Any damages caused by any outside agents, other than during the normal usage of the equipment, such as vandalism, abuse and misuse, electrical surges, acts of God, fire, flood, riot, faulty supplies not provided by AOS, etc., are not covered by this agreement and will be remedied at the Customer's expense.</u> Shop rebuilding might become necessary at some point. This service is not covered under this maintenance program.

5. Equipment will be serviced at the original installation location. Apollo shall not be liable during any period in which its performance is delayed or prevented, in whole or in part, by a circumstance beyond its reasonable control, which include, but are not limited to, the following: act of God (e.g., flood, earthquake, wind); fire; war; act of a public enemy or terrorist; act of sabotage; strike or other labor dispute; riot; misadventure of the sea; inability to secure materials and/or transportation; or, a restriction imposed by legislation, an order or a rule or regulation of a governmental entity. If such circumstance occurs, Apollo shall undertake reasonable action to notify you of the same. Should the equipment be moved to a new location without our consent, the Customer will be responsible for any repairs that may be needed as a result of mishandling. If extensive damages have occurred as a result of the move, AOS reserves the right to cancel the balance of the maintenance program in effect. AOS will provide equipment moving service at an additional charge.

6. The Customer and its personnel are responsible for the replenishing of supplies in the equipment (Toner, Paper, etc.) and to replace waste toner containers. Service calls resulting from the Customers' failure to meet these needs properly will be billed accordingly.

7. Prices are guaranteed only for the duration of the term listed. Cost of living and equipment aging price-adjustments may be made at the renewal anniversary date.

8. This agreement is deemed fully executed and subject to all the governing laws in the County of Brazoria and State of Texas. Any action or disputes between Apollo Office Systems and the Customer will be subject to the personal jurisdiction of the State of Texas, County of Brazoria and All State or Federal Courts Rules thereof.

# Apollo Office Systems

**Statement**

MMR GROUP
15961 AIRLINE HIGHWAY
BATON ROUGE, LA  77453

| Statement Date | Account No. | Amount Due |
|---|---|---|
| 10/11/2017 | MG00 | $ 9,692.92 |

| Transaction Type | Date | Due Date | Number | Description | Invoice Amt | Pmt/Credit | Invoice Balance |
|---|---|---|---|---|---|---|---|
| Service Invoice | 8/19/2016 | 8/19/2016 | IN20313 | | $841.56 | | $791.56 |
| Misc. Charge Credit M | 9/12/2016 | 9/12/2016 | CM12952 | CREDIT PER PAM | | $50.00 | |
| Customer Payment | 11/22/2016 | | 4036 | CH:1041468 | | $791.56 | |
| Customer Payment R( | 11/22/2016 | | 4077 | CH:1041468 | $791.56 | | |
| Sales Invoice | 9/8/2016 | 9/8/2016 | IN20558 | WASTE CONTAINER | $23.80 | | $23.80 |
| Customer Payment | 11/22/2016 | | 4036 | CH:1041468 | | $23.80 | |
| Customer Payment R( | 11/22/2016 | | 4077 | CH:1041468 | $23.80 | | |
| Contract Invoice | 9/1/2016 | 9/1/2016 | IN20596 | PO:BM08107LS-10-0054 CT10395-01 | $563.82 | | $563.82 |
| Contract Invoice | 9/1/2016 | 9/1/2016 | IN20597 | PO:BM08107LS-10-0054 CT10395-01 | $450.00 | | $450.00 |
| Customer Payment | 11/22/2016 | | 4036 | CH:1041468 | | $450.00 | |
| Customer Payment R( | 11/22/2016 | | 4077 | CH:1041468 | $450.00 | | |
| Service Invoice | 9/20/2016 | 9/20/2016 | IN20674 | PO:BM08107LS-10-0054 | $23.80 | | $23.80 |
| Customer Payment | 11/22/2016 | | 4036 | CH:1041468 | | $23.80 | |
| Customer Payment R( | 11/22/2016 | | 4077 | CH:1041468 | $23.80 | | |
| Service Invoice | 9/20/2016 | 9/20/2016 | IN20675 | PO:BM08107LS-10-0054 | $340.00 | | $340.00 |
| Customer Payment | 11/22/2016 | | 4036 | CH:1041468 | | $50.00 | |
| Customer Payment R( | 11/22/2016 | | 4077 | CH:1041468 | $50.00 | | |
| Sales Invoice | 9/21/2016 | 9/21/2016 | IN20690 | PO:PO BM08107LS-10-0054  TONER ORE | $23.80 | | $23.80 |
| Customer Payment | 11/22/2016 | | 4036 | CH:1041468 | | $23.80 | |
| Customer Payment R( | 11/22/2016 | | 4077 | CH:1041468 | $23.80 | | |
| Contract Invoice | 11/1/2016 | 11/1/2016 | IN21286 | PO:BM08107LS-10-0054 CT10395-01 | $606.13 | | $606.13 |
| Contract Invoice | 11/1/2016 | 11/1/2016 | IN21475 | PO:BM08107LS-10-0054 CT10395-01 | $556.28 | | $556.28 |
| Contract Invoice | 1/1/2017 | 1/1/2017 | IN22114 | PO:BM08107LS-10-0054 CT10395-01 | $573.96 | | $573.96 |
| Contract Invoice | 2/1/2017 | 2/1/2017 | IN22474 | PO:BM08107LS-10-0054 CT10395-01 | $581.57 | | $581.57 |
| Contract Invoice | 2/1/2017 | 2/1/2017 | IN22617 | PO:BM08107LS-10-0054 CT10395-01 | $571.92 | | $571.92 |
| Contract Invoice | 3/1/2017 | 3/1/2017 | IN23077 | PO:BM08107LS-10-0054 CT10395-01 | $564.88 | | $564.88 |
| Contract Invoice | 4/1/2017 | 4/1/2017 | IN25861 | PO:BM08107LS-10-0054 CT10395-01 | $576.94 | | $576.94 |
| Contract Invoice | 5/1/2017 | 5/1/2017 | IN26007 | PO:BM08107LS-10-0054 CT10395-01 | $571.25 | | $571.25 |
| Contract Invoice | 6/1/2017 | 6/1/2017 | IN26716 | PO:BM08107LS-10-0054 CT10395-01 | $576.52 | | $576.52 |

# Apollo Office Systems

# Statement

MMR GROUP
15961 AIRLINE HIGHWAY
BATON ROUGE, LA  77453

| Statement Date | Account No. | Amount Due |
|---|---|---|
| 10/11/2017 | MG00 | $ 9,692.92 |

| Transaction Type | Date | Due Date | Number | Description | Invoice Amt | Pmt/Credit | Invoice Balance |
|---|---|---|---|---|---|---|---|
| Contract Invoice | 7/1/2017 | 7/1/2017 | IN26824 | PO:BM08107LS-10-0054 CT10395-01 | $572.15 | | $572.15 |
| Contract Invoice | 8/1/2017 | 8/1/2017 | IN27326 | PO:BM08107LS-10-0054 CT10395-01 | $576.10 | | $576.10 |
| Contract Invoice | 9/1/2017 | 9/1/2017 | IN27679 | PO:BM08107LS-10-0054 CT10395-01 | $576.31 | | $576.31 |
| Contract Invoice | 10/1/2017 | 10/1/2017 | IN28466 | PO:BM08107LS-10-0054 CT10395-01 | $572.13 | | $572.13 |

| Current | 1 to 30 days | 31 to 60 days | 61 to 90 Days | Over 90 Days |
|---|---|---|---|---|
| $ 0.00 | $ 572.13 | $ 576.31 | $ 576.10 | $ 7,968.38 |

# Apollo Office Systems

# Service Invoice

| | |
|---|---|
| **Invoice Number:** | IN20313 |
| **Date:** | 08/19/2016 |
| **Account Number:** | MG00 |
| **PO Number:** | |
| **Invoice Total:** | **$841.56** |

Bill To: MMR GROUP
15961 AIRLINE HIGHWAY
BATON ROUGE, LA 77453

| Work Order Date | Work Order No. |
|---|---|
| 08/09/2016 | WO13366 |

| Payment Terms | Payment Due |
|---|---|
| Due on Receipt | 08/19/2016 |

| Description | |
|---|---|
| | |

| Call Number | Equipment Number | Serial Number | Make/Model | Labor Charges | Travel Charges | Materials Charges | Other Charges | Total Charges |
|---|---|---|---|---|---|---|---|---|
| SC14464 | 11292 | Q310800092 | Kyocera - TA 552CI | $ 727.42 | $ 50.00 | $ 0.00 | $ 0.00 | $ 777.42 |

Service Date: 08/11/2016
Location: **MMR GROUP**
**317 CO  RD 120**
**LANE CITY, TX 453**

Contract Number:
PO #:
Caller: RICKY RAUSCH -- 870-84
Contact:
Phone:
Fax:

Description: NETWORK PRINTING SCANNING
SET UP THE ROUTER

Remarks: The contact's name is Ashley at the number we have on file, customer has to run 100 foot drop from the router that is located on the other side of the building after fin: getting permission, they will try to have this done by Monday 15th Came back out and set up router and  computers for scanning and printing

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Totals:** | | | | $ 727.42 | $ 50.00 | $ 0.00 | $ 0.00 | $ 777.42 |

| | |
|---|---|
| Invoice Subtotal: | $777.42 |
| Tax: | $64.14 |
| Invoice Total: | $841.56 |
| **Balance Due:** | $791.56 |

# Apollo Office Systems

# CONTRACT INVOICE

| | |
|---|---|
| Invoice Number: | IN20596 |
| Invoice Date: | 09/01/2016 |

**Bill To:** MMR GROUP
15961 AIRLINE HIGHWAY
BATON ROUGE, LA 77453

**Customer:** MMR GROUP
317 CO RD 120
LANE CITY , TX 77453

| Account No | Payment Terms | Due Date | Invoice Total | Balance Due |
|---|---|---|---|---|
| MG00 | Due on Receipt | 09/01/2016 | $ 563.82 | **$ 563.82** |

| Invoice Remarks | | | | |
|---|---|---|---|---|

| Contract Number | Contact | Contract Amount | P.O. Number | Start Date | Exp. Date |
|---|---|---|---|---|---|
| CT10395-01 | JENNIFER RAUSCH 807-844-5451 | $ 563.82 | BM08107LS-10-0054 | 08/01/2016 | 07/31/2018 |

| Contract Remarks |
|---|
| PO BM08107LS-10-0054 |

**Summary:**

| | |
|---|---|
| Contract base rate charge for the 08/01/2016 to 08/31/2016 billing period | $450.00 |
| Contract overage charge for the 08/01/2016 to 08/31/2016 overage period | $113.82 ** |
| **See overage details below | $563.82 |

**Detail:**

**Equipment included under this contract**

## Kyocera/TA 552CI

| Number | Serial Number | | Base Adj. | Location |
|---|---|---|---|---|
| 11292 | Q310800092 | | $0.00 | MMR GROUP 317 CO RD 120 LANE CITY, TX 77453 |

| Meter Type | Meter Group | Begin Meter | End Meter | Credits | Total | Covered | Billable | Rate | Overage |
|---|---|---|---|---|---|---|---|---|---|
| B\W | B/W IMAGES | 111,686 | 114,967 | | 3,281 | 0 | 3,281 | $0.015750 | $51.68 |
| Color | COLOR IMAGES | 67,371 | 67,742 | | 371 | 0 | 371 | $0.098550 | $36.56 |
| Scanner | SCANNED IMAC | 49,896 | 51,520 | | 1,624 | 0 | 1,624 | $0.015750 | $25.58 |
| | | | | | | | | | $113.82 |

| | |
|---|---|
| Invoice SubTotal | $563.82 |
| Tax: | $0.00 |
| Invoice Total | $563.82 |
| **Balance Due:** | **$563.82** |

# Apollo Office Systems

# CONTRACT INVOICE

| | |
|---|---|
| Invoice Number: | IN20597 |
| Invoice Date: | 09/01/2016 |

**Bill To:**  MMR GROUP
15961 AIRLINE HIGHWAY
BATON ROUGE, LA  77453

**Customer:**  MMR GROUP
317 CO  RD 120
LANE CITY , TX  77453

| Account No | Payment Terms | Due Date | Invoice Total | Balance Due |
|---|---|---|---|---|
| MG00 | Due on Receipt | 09/01/2016 | $ 450.00 | **$ 450.00** |

| Invoice Remarks |
|---|
| |

| Contract Number | Contact | Contract Amount | P.O. Number | Start Date | Exp. Date |
|---|---|---|---|---|---|
| CT10395-01 | JENNIFER RAUSCH 807-844-5451 | $ 450.00 | BM08107LS-10-0054 | 08/01/2016 | 07/31/2018 |

| Contract Remarks |
|---|
| PO BM08107LS-10-0054 |

**Summary:**

| | |
|---|---|
| Contract base rate charge for the 09/01/2016 to 09/30/2016 billing period | $450.00 |
| Contract overage charge for this overage period | $0.00 ** |
| **See overage details below | $450.00 |

**Detail:**

| Equipment included under this contract |
|---|

### Kyocera/TA 552CI

| Number | Serial Number | Base Adj. | Location |
|---|---|---|---|
| 11292 | Q310800092 | $0.00 | MMR GROUP 317 CO  RD 120 LANE CITY, TX 77453 |

| | |
|---|---|
| Invoice SubTotal | $450.00 |
| Tax: | $0.00 |
| Invoice Total | $450.00 |
| **Balance Due:** | **$450.00** |

# Apollo Office Systems

# INVOICE

**Invoice No:** IN20558
**Date:** 9/8/2016
**Account No:** MG00

**Bill To:**
MMR GROUP
15961 AIRLINE HIGHWAY
BATON ROUGE, LA  77453

**Ship To:**
MMR GROUP
317 CO  RD 120
LANE CITY, TX  453

| Sales Order No | P. O. Number | Ship Method | Payment Terms | Payment Due |
|---|---|---|---|---|
| SO11621 | | UPS | Due on Receipt | 9/8/2016 |

| Remarks | Sales Person |
|---|---|
| | PAMELA S. FOLEY |

| Item No | Description | Serial No | Order | Ship | BkO | UM | Price | Disc | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 008R13021 | WASTE TONER<br>Contract: CT10395-01<br>Equipment: 11292<br>Serial Number: Q310800092<br>Model: TA 552CI<br>Location: | | 1.0 | 1.0 | 0.0 | EA | $0.00 | | $0.00 |

| | |
|---|---|
| **Subtotal** | $0.00 |
| **Discount** | $0.00 |
| **Freight** | $23.80 |
| **Sales Tax** | $0.00 |
| **Invoice Total** | $23.80 |
| **Balance Due** | $23.80 |

407 S 2nd St Alvin, TX  77511-2708     281-286-3600

# Apollo Office Systems

# Service Invoice

| | |
|---|---|
| **Invoice Number:** | IN20674 |
| **Date:** | 09/20/2016 |
| **Account Number:** | MG00 |
| **PO Number:** | BM08107LS-10-0054 |
| **Invoice Total:** | **$23.80** |

Bill To:  MMR GROUP
15961 AIRLINE HIGHWAY
BATON ROUGE, LA 77453

| Work Order Date | Work Order No. |
|---|---|
| 09/08/2016 | WO13474 |

| Payment Terms | Payment Due |
|---|---|
| Due on Receipt | 09/20/2016 |
| **Description** | |

| Call Number | Equipment Number | Serial Number | Make/Model | Labor Charges | Travel Charges | Materials Charges | Other Charges | Total Charges |
|---|---|---|---|---|---|---|---|---|
| SC14585 | 11292 | Q310800092 | Kyocera - TA 552CI | $ 0.00 | $ 0.00 | $ 0.00 | $ 23.80 | $ 23.80 |

Service Date: 09/09/2016
Location: **MMR GROUP**
**317 CO RD 120**
**LANE CITY, TX 77453**

Contract Number: CT10395-01
PO #: BM08107LS-10-0054
Caller: JENNIFER RAUSCH -- 80
Contact:
Phone:
Fax:

Description: MACHINE IS JAMMING AND FEEDER ACTING UP The quality of the printed/copied documents was horrible, and still not great.

Remarks: POC said jamming in ADF unit and in finisher...
09/12/16 Tested ..jamming in ADF and in ADF ...disassembled ADF in paper path..cleaned all rollers MACHINE STILL JAMMMING ORDERED PARTS
09/14/16 INSTALLED NEW PARTS TESTED ACCURED RAN ALL PAPER SIZES NEEDED THROUGH MACHINE NO JAMMING MACHINE GOOD TO GO MACHINE NO JAMMING

| | Totals: | $ 0.00 | $ 0.00 | $ 0.00 | $ 23.80 | $ 23.80 |
|---|---|---|---|---|---|---|

| | |
|---|---|
| Invoice Subtotal: | $23.80 |
| Tax: | $0.00 |
| Invoice Total: | $23.80 |
| **Balance Due:** | **$23.80** |

407 S 2nd St Alvin, TX  77511-2708    281-286-3600

# Apollo Office Systems

# Service Invoice

| | |
|---:|---:|
| **Invoice Number:** | IN20675 |
| **Date:** | 09/20/2016 |
| **Account Number:** | MG00 |
| **PO Number:** | BM08107LS-10-0054 |
| **Invoice Total:** | **$340.00** |

Bill To:  MMR GROUP
15961 AIRLINE HIGHWAY
BATON ROUGE, LA 77453

| Work Order Date | Work Order No. |
|---|---|
| 09/09/2016 | WO13487 |

| Payment Terms | Payment Due |
|---|---|
| Due on Receipt | 09/20/2016 |

| Description |
|---|
| |

| Call Number | Equipment Number | Serial Number | Make/Model | Labor Charges | Travel Charges | Materials Charges | Other Charges | Total Charges |
|---|---|---|---|---|---|---|---|---|
| SC14598 | 11292 | Q310800092 | Kyocera - TA 552CI | $ 290.00 | $ 50.00 | $ 0.00 | $ 0.00 | $ 340.00 |

Service Date: 09/12/2016
Location: **MMR GROUP**
         **317 CO RD 120**
         **LANE CITY, TX 77453**

Contract Number: CT10395-01
PO #: BM08107LS-10-0054
Caller: JENNIFER RAUSCH -- 80
Contact:
Phone:
Fax:

Description: This was not set up right they cannot print in color nor 11x17. We have been unable to scan documents since the first day the machine got here -- and that is one of their main uses for electronic filing.

Remarks: AFTER INSTALLING NEW PARTS AND DOING A TEST RUN MACHINE GOOD, REISTALLED SOFTWARE AND FIRMWARE UPDATE MACHINE SCANNING TESTED ALL FUNCTION OF THE MACHINE MACHINE GOOD TO GO.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Totals:** | | | | $ 290.00 | $ 50.00 | $ 0.00 | $ 0.00 | $ 340.00 |

| | |
|---:|---:|
| Invoice Subtotal: | $340.00 |
| Tax: | $0.00 |
| Invoice Total: | $340.00 |
| **Balance Due:** | **$340.00** |

407 S 2nd St Alvin, TX  77511-2708    281-286-3600

# Apollo Office Systems

# INVOICE

**Invoice No:** IN20690
**Date:** 9/21/2016
**Account No:** MG00

**Bill To:** MMR GROUP
15961 AIRLINE HIGHWAY
BATON ROUGE, LA  77453

**Ship To:** MMR GROUP
317 CO  RD 120
LANE CITY, TX  77453

| Sales Order No | P. O. Number | Ship Method | Payment Terms | Payment Due |
|---|---|---|---|---|
| SO11649 | PO BM08107LS-10-0054 | UPS | Due on Receipt | 9/21/2016 |

| Remarks | Sales Person |
|---|---|
|  |  |

| Item No | Description | Serial No | Order | Ship | BkO | UM | Price | Disc | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1T02H70US0TK857K | MT 400ci TNR 600G CTG BLK WITH CHIP NA<br>Contract: CT10395-01<br>Equipment: 11292<br>Serial Number: Q310800092<br>Model: TA 552CI<br>Location: | | 1.0 | 1.0 | 0.0 | EA | $0.00 | | $0.00 |
| 1T02H7AUS0TK857Y | MT 400ci TNR 450G CTG YLW WITH CHIP NA<br>Contract: CT10395-01<br>Equipment: 11292<br>Serial Number: Q310800092<br>Model: TA 552CI<br>Location: | | 1.0 | 1.0 | 0.0 | EA | $0.00 | | $0.00 |
| 1T02H7BUS0TK857M | MT 400ci TNR 450G CTG MAG WITH CHIP NA<br>Contract: CT10395-01<br>Equipment: 11292<br>Serial Number: Q310800092<br>Model: TA 552CI<br>Location: | | 1.0 | 1.0 | 0.0 | EA | $0.00 | | $0.00 |
| 1T02H7CUS0TK857C | MT 400ci TNR 450G CTG CYN WITH CHIP NA<br>Contract: CT10395-01<br>Equipment: 11292<br>Serial Number: Q310800092<br>Model: TA 552CI<br>Location: | | 1.0 | 1.0 | 0.0 | EA | $0.00 | | $0.00 |
| 302H794420 | KYOCERA/COPYSTAR 250/300/400/500CI WASTE TONER<br>Contract: CT10395-01<br>Equipment: 11292<br>Serial Number: Q310800092<br>Model: TA 552CI<br>Location: | | 2.0 | 2.0 | 0.0 | EA | $0.00 | | $0.00 |

407 S 2nd St Alvin, TX  77511-2708     281-286-3600

# Apollo Office Systems

# CONTRACT INVOICE

| | |
|---|---|
| Invoice Number: | IN21475 |
| Invoice Date: | 11/01/2016 |

**Bill To:** MMR GROUP
15961 AIRLINE HIGHWAY
BATON ROUGE, LA  77453

**Customer:** MMR GROUP
317 CO  RD 120
LANE CITY , TX  77453

| Account No | Payment Terms | Due Date | Invoice Total | Balance Due |
|---|---|---|---|---|
| MG00 | Due on Receipt | 11/01/2016 | $ 556.28 | **$ 556.28** |

| Invoice Remarks |
|---|
| |

| Contract Number | Contact | Contract Amount | P.O. Number | Start Date | Exp. Date |
|---|---|---|---|---|---|
| CT10395-01 | JENNIFER RAUSCH 807-844-5451 | $ 556.28 | BM08107LS-10-0054 | 08/01/2016 | 07/31/2018 |

| Contract Remarks |
|---|
| PO BM08107LS-10-0054 |

**Summary:**

| | |
|---|---|
| Contract base rate charge for the 11/01/2016 to 11/30/2016 billing period | $450.00 |
| Contract overage charge for the 10/01/2016 to 10/31/2016 overage period | $106.28 ** |
| **See overage details below | $556.28 |

**Detail:**

**Equipment included under this contract**

## Kyocera/TA 552CI

| Number | Serial Number | | Base Adj. | Location | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11292 | Q310800092 | | $0.00 | MMR GROUP 317 CO  RD 120 LANE CITY, TX 77453 | | | | | |

| Meter Type | Meter Group | Begin Meter | End Meter | Credits | Total | Covered | Billable | Rate | Overage |
|---|---|---|---|---|---|---|---|---|---|
| B\W | B/W IMAGES | 116,976 | 118,753 * | | 1,777 | 0 | 1,777 | $0.015750 | $27.99 |
| Color | COLOR IMAGE! | 68,842 | 69,418 * | | 576 | 0 | 576 | $0.098550 | $56.76 |
| Scanner | SCANNED IMA( | 52,541 | 53,908 * | | 1,367 | 0 | 1,367 | $0.015750 | $21.53 |
| | * Estimated meter reading | | | | | | | | $106.28 |

| | |
|---|---|
| Invoice SubTotal | $556.28 |
| Tax: | $0.00 |
| Invoice Total | $556.28 |
| **Balance Due:** | **$556.28** |

# Apollo Office Systems

# CONTRACT INVOICE

| | |
|---|---|
| Invoice Number: | IN21286 |
| Invoice Date: | 11/01/2016 |

**Bill To:** MMR GROUP
15961 AIRLINE HIGHWAY
BATON ROUGE, LA  77453

**Customer:** MMR GROUP
317 CO  RD 120
LANE CITY , TX  77453

| Account No | Payment Terms | Due Date | Invoice Total | Balance Due |
|---|---|---|---|---|
| MG00 | Due on Receipt | 11/01/2016 | $ 606.13 | **$ 606.13** |
| **Invoice Remarks** | | | | |

| Contract Number | Contact | Contract Amount | P.O. Number | Start Date | Exp. Date |
|---|---|---|---|---|---|
| CT10395-01 | JENNIFER RAUSCH 807-844-5451 | $ 606.13 | BM08107LS-10-0054 | 08/01/2016 | 07/31/2018 |
| **Contract Remarks** | | | | | |
| PO BM08107LS-10-0054 | | | | | |

**Summary:**

| | |
|---|---|
| Contract base rate charge for the 10/01/2016 to 10/31/2016 billing period | $450.00 |
| Contract overage charge for the 09/01/2016 to 09/30/2016 overage period | $156.13 ** |
| **See overage details below | $606.13 |

**Detail:**

**Equipment included under this contract**

## Kyocera/TA 552CI

| Number | Serial Number | | Base Adj. | Location |
|---|---|---|---|---|
| 11292 | Q310800092 | | $0.00 | MMR GROUP 317 CO  RD 120 |
| | | | | LANE CITY, TX 77453 |

| Meter Type | Meter Group | Begin Meter | End Meter | Credits | Total | Covered | Billable | Rate | Overage |
|---|---|---|---|---|---|---|---|---|---|
| B\W | B/W IMAGES | 114,967 | 116,976 | | 2,009 | 0 | 2,009 | $0.015750 | $31.64 |
| Color | COLOR IMAGES | 67,742 | 68,842 | | 1,100 | 0 | 1,100 | $0.098550 | $108.41 |
| Scanner | SCANNED IMAC | 51,520 | 52,541 | | 1,021 | 0 | 1,021 | $0.015750 | $16.08 |
| | | | | | | | | | $156.13 |

| | |
|---|---|
| Invoice SubTotal | $606.13 |
| Tax: | $0.00 |
| Invoice Total | $606.13 |
| **Balance Due:** | **$606.13** |

407 S 2nd St Alvin, TX  77511-2708     281-286-3600

# Apollo Office Systems

# CONTRACT INVOICE

| | |
|---|---|
| Invoice Number: | IN22114 |
| Invoice Date: | 01/01/2017 |

**Bill To:** MMR GROUP
15961 AIRLINE HIGHWAY
BATON ROUGE, LA  77453

**Customer:** MMR GROUP
317 CO  RD 120
LANE CITY , TX  77453

| Account No | Payment Terms | Due Date | Invoice Total | Balance Due |
|---|---|---|---|---|
| MG00 | Due on Receipt | 01/01/2017 | $ 573.96 | **$ 573.96** |
| **Invoice Remarks** | | | | |

| Contract Number | Contact | Contract Amount | P.O. Number | Start Date | Exp. Date |
|---|---|---|---|---|---|
| CT10395-01 | JENNIFER RAUSCH 807-844-5451 | $ 573.96 | BM08107LS-10-0054 | 08/01/2016 | 07/31/2018 |
| **Contract Remarks** | | | | | |
| PO BM08107LS-10-0054 | | | | | |

**Summary:**

| | |
|---|---|
| Contract base rate charge for the 12/01/2016 to 12/31/2016 billing period | $450.00 |
| Contract overage charge for the 11/01/2016 to 11/30/2016 overage period | $123.96 ** |
| **See overage details below | $573.96 |

**Detail:**

**Equipment included under this contract**

## Kyocera/TA 552CI

| Number | Serial Number | Base Adj. | Location |
|---|---|---|---|
| 11292 | Q310800092 | $0.00 | MMR GROUP 317 CO  RD 120 LANE CITY, TX 77453 |

| Meter Type | Meter Group | Begin Meter | End Meter | Credits | Total | Covered | Billable | Rate | Overage |
|---|---|---|---|---|---|---|---|---|---|
| B\W | B/W IMAGES | 118,753 * | 121,083 * | | 2,330 | 0 | 2,330 | $0.015750 | $36.70 |
| Color | COLOR IMAGES | 69,418 * | 70,092 * | | 674 | 0 | 674 | $0.098550 | $66.42 |
| Scanner | SCANNED IMA( | 53,908 * | 55,231 * | | 1,323 | 0 | 1,323 | $0.015750 | $20.84 |
| | * Estimated meter reading | | | | | | | | $123.96 |

| | |
|---|---|
| Invoice SubTotal | $573.96 |
| Tax: | $0.00 |
| Invoice Total | $573.96 |
| **Balance Due:** | **$573.96** |

# Apollo Office Systems

# CONTRACT INVOICE

| | |
|---|---|
| Invoice Number: | IN22474 |
| Invoice Date: | 02/01/2017 |

**Bill To:** MMR GROUP
15961 AIRLINE HIGHWAY
BATON ROUGE, LA  77453

**Customer:** MMR GROUP
317 CO  RD 120
LANE CITY , TX  77453

| Account No | Payment Terms | Due Date | Invoice Total | Balance Due |
|---|---|---|---|---|
| MG00 | Due on Receipt | 02/01/2017 | $ 581.57 | **$ 581.57** |
| **Invoice Remarks** | | | | |

| Contract Number | Contact | Contract Amount | P.O. Number | Start Date | Exp. Date |
|---|---|---|---|---|---|
| CT10395-01 | JENNIFER RAUSCH 807-844-5451 | $ 581.57 | BM08107LS-10-0054 | 08/01/2016 | 07/31/2018 |
| **Contract Remarks** | | | | | |
| PO BM08107LS-10-0054 | | | | | |

**Summary:**

| | |
|---|---|
| Contract base rate charge for the 01/01/2017 to 01/31/2017 billing period | $450.00 |
| Contract overage charge for the 12/01/2016 to 12/31/2016 overage period | $131.57 ** |
| **See overage details below | $581.57 |

**Detail:**

**Equipment included under this contract**

### Kyocera/TA 552CI

| Number | Serial Number | Base Adj. | Location |
|---|---|---|---|
| 11292 | Q310800092 | $0.00 | MMR GROUP 317 CO  RD 120 LANE CITY, TX 77453 |

| Meter Type | Meter Group | Begin Meter | End Meter | Credits | Total | Covered | Billable | Rate | Overage |
|---|---|---|---|---|---|---|---|---|---|
| B\W | B/W IMAGES | 121,083 * | 123,166 * | | 2,083 | 0 | 2,083 | $0.015750 | $32.81 |
| Color | COLOR IMAGES | 70,092 * | 70,892 * | | 800 | 0 | 800 | $0.098550 | $78.84 |
| Scanner | SCANNED IMAC | 55,231 * | 56,496 * | | 1,265 | 0 | 1,265 | $0.015750 | $19.92 |
| | * Estimated meter reading | | | | | | | | $131.57 |

| | |
|---|---|
| Invoice SubTotal | $581.57 |
| Tax: | $0.00 |
| Invoice Total | $581.57 |
| **Balance Due:** | **$581.57** |

# Apollo Office Systems

# CONTRACT INVOICE

| | |
|---|---|
| Invoice Number: | IN22617 |
| Invoice Date: | 02/01/2017 |

**Bill To:**  MMR GROUP
15961 AIRLINE HIGHWAY
BATON ROUGE, LA  77453

**Customer:**  MMR GROUP
317 CO  RD 120
LANE CITY , TX  77453

| Account No | Payment Terms | Due Date | Invoice Total | Balance Due |
|---|---|---|---|---|
| MG00 | Due on Receipt | 02/01/2017 | $ 571.92 | **$ 571.92** |

| Invoice Remarks |
|---|

| Contract Number | Contact | Contract Amount | P.O. Number | Start Date | Exp. Date |
|---|---|---|---|---|---|
| CT10395-01 | JENNIFER RAUSCH 807-844-5451 | $ 571.92 | BM08107LS-10-0054 | 08/01/2016 | 07/31/2018 |

| Contract Remarks |
|---|
| PO BM08107LS-10-0054 |

**Summary:**

| | |
|---|---|
| Contract base rate charge for the 02/01/2017 to 02/28/2017 billing period | $450.00 |
| Contract overage charge for the 01/01/2017 to 01/31/2017 overage period | $121.92 ** |
| **See overage details below | $571.92 |

**Detail:**

**Equipment included under this contract**

## Kyocera/TA 552CI

| Number | Serial Number | Base Adj. | Location |
|---|---|---|---|
| 11292 | Q310800092 | $0.00 | MMR GROUP 317 CO  RD 120 |
| | | | LANE CITY, TX 77453 |

| Meter Type | Meter Group | Begin Meter | End Meter | Credits | Total | Covered | Billable | Rate | Overage |
|---|---|---|---|---|---|---|---|---|---|
| B\W | B/W IMAGES | 123,166 * | 125,251 * | | 2,085 | 0 | 2,085 | $0.015750 | $32.84 |
| Color | COLOR IMAGE! | 70,892 * | 71,583 * | | 691 | 0 | 691 | $0.098550 | $68.10 |
| Scanner | SCANNED IMA( | 56,496 * | 57,828 * | | 1,332 | 0 | 1,332 | $0.015750 | $20.98 |
| | * Estimated meter reading | | | | | | | | $121.92 |

| | |
|---|---|
| Invoice SubTotal | $571.92 |
| Tax: | $0.00 |
| Invoice Total | $571.92 |
| **Balance Due:** | **$571.92** |

# Apollo Office Systems

# CONTRACT INVOICE

| | |
|---|---|
| Invoice Number: | IN23077 |
| Invoice Date: | 03/01/2017 |

**Bill To:**  MMR GROUP
15961 AIRLINE HIGHWAY
BATON ROUGE, LA  77453

**Customer:**  MMR GROUP
317 CO  RD 120
LANE CITY , TX  77453

| Account No | Payment Terms | Due Date | Invoice Total | Balance Due |
|---|---|---|---|---|
| MG00 | Due on Receipt | 03/01/2017 | $ 564.88 | **$ 564.88** |

| Invoice Remarks |
|---|
| |

| Contract Number | Contact | Contract Amount | P.O. Number | Start Date | Exp. Date |
|---|---|---|---|---|---|
| CT10395-01 | JENNIFER RAUSCH 807-844-5451 | $ 564.88 | BM08107LS-10-0054 | 08/01/2016 | 07/31/2018 |

| Contract Remarks |
|---|
| PO BM08107LS-10-0054 |

**Summary:**

| | |
|---|---|
| Contract base rate charge for the 03/01/2017 to 03/31/2017 billing period | $450.00 |
| Contract overage charge for the 02/01/2017 to 02/28/2017 overage period | $114.88 ** |
| **See overage details below | $564.88 |

**Detail:**

## Equipment included under this contract

### Kyocera/TA 552CI

| Number | Serial Number | Base Adj. | Location |
|---|---|---|---|
| 11292 | Q310800092 | $0.00 | MMR GROUP 317 CO  RD 120
LANE CITY, TX 77453 |

| Meter Type | Meter Group | Begin Meter | End Meter | Credits | Total | Covered | Billable | Rate | Overage |
|---|---|---|---|---|---|---|---|---|---|
| B\W | B/W IMAGES | 125,251 * | 127,229 * | | 1,978 | 0 | 1,978 | $0.015750 | $31.15 |
| Color | COLOR IMAGE! | 71,583 * | 72,242 * | | 659 | 0 | 659 | $0.098550 | $64.94 |
| Scanner | SCANNED IMA( | 57,828 * | 59,021 * | | 1,193 | 0 | 1,193 | $0.015750 | $18.79 |
| | * Estimated meter reading | | | | | | | | $114.88 |

| | |
|---|---|
| Invoice SubTotal | $564.88 |
| Tax: | $0.00 |
| Invoice Total | $564.88 |
| **Balance Due:** | **$564.88** |

407 S 2nd St Alvin, TX  77511-2708    281-286-3600

Page 1 of 1

# Apollo Office Systems

# CONTRACT INVOICE

| Invoice Number: | IN25861 |
|---|---|
| Invoice Date: | 04/01/2017 |

**Bill To:** MMR GROUP
15961 AIRLINE HIGHWAY
BATON ROUGE, LA  77453

**Customer:** MMR GROUP
317 CO  RD 120
LANE CITY , TX  77453

| Account No | Payment Terms | Due Date | Invoice Total | Balance Due |
|---|---|---|---|---|
| MG00 | Due on Receipt | 04/01/2017 | $ 576.94 | **$ 576.94** |
| **Invoice Remarks** | | | | |

| Contract Number | Contact | Contract Amount | P.O. Number | Start Date | Exp. Date |
|---|---|---|---|---|---|
| CT10395-01 | JENNIFER RAUSCH 807-844-5451 | $ 576.94 | BM08107LS-10-0054 | 08/01/2016 | 07/31/2018 |
| **Contract Remarks** | | | | | |
| PO BM08107LS-10-0054 | | | | | |

**Summary:**

| | |
|---|---|
| Contract base rate charge for the 04/01/2017 to 04/30/2017 billing period | $450.00 |
| Contract overage charge for the 03/01/2017 to 03/31/2017 overage period | $126.94 ** |
| **See overage details below | $576.94 |

**Detail:**

**Equipment included under this contract**

## Kyocera/TA 552CI

| Number | Serial Number | | Base Adj. | Location |
|---|---|---|---|---|
| 11292 | Q310800092 | | $0.00 | MMR GROUP 317 CO  RD 120 LANE CITY, TX 77453 |

| Meter Type | Meter Group | Begin Meter | End Meter | Credits | Total | Covered | Billable | Rate | Overage |
|---|---|---|---|---|---|---|---|---|---|
| B\W | B/W IMAGES | 127,229 * | 129,346 * | | 2,117 | 0 | 2,117 | $0.015750 | $33.34 |
| Color | COLOR IMAGE! | 72,242 * | 72,983 * | | 741 | 0 | 741 | $0.098550 | $73.03 |
| Scanner | SCANNED IMA( | 59,021 * | 60,327 * | | 1,306 | 0 | 1,306 | $0.015750 | $20.57 |
| | * Estimated meter reading | | | | | | | | $126.94 |

| | |
|---|---|
| Invoice SubTotal | $576.94 |
| Tax: | $0.00 |
| Invoice Total | $576.94 |
| **Balance Due:** | **$576.94** |

407 S 2nd St Alvin, TX  77511-2708     281-286-3600

# Apollo Office Systems

# CONTRACT INVOICE

| | |
|---|---|
| Invoice Number: | IN26007 |
| Invoice Date: | 05/01/2017 |

**Bill To:** MMR GROUP
15961 AIRLINE HIGHWAY
BATON ROUGE, LA  77453

**Customer:** MMR GROUP
317 CO  RD 120
LANE CITY , TX  77453

| Account No | Payment Terms | Due Date | Invoice Total | Balance Due |
|---|---|---|---|---|
| MG00 | Due on Receipt | 05/01/2017 | $ 571.25 | **$ 571.25** |

| Invoice Remarks |
|---|
| |

| Contract Number | Contact | Contract Amount | P.O. Number | Start Date | Exp. Date |
|---|---|---|---|---|---|
| CT10395-01 | JENNIFER RAUSCH 807-844-5451 | $ 571.25 | BM08107LS-10-0054 | 08/01/2016 | 07/31/2018 |

| Contract Remarks |
|---|
| PO BM08107LS-10-0054 |

**Summary:**

| | |
|---|---|
| Contract base rate charge for the 05/01/2017 to 05/31/2017 billing period | $450.00 |
| Contract overage charge for the 04/01/2017 to 04/30/2017 overage period | $121.25 ** |
| **See overage details below | $571.25 |

**Detail:**

| Equipment included under this contract |
|---|

### Kyocera/TA 552CI

| Number | Serial Number | Base Adj. | Location |
|---|---|---|---|
| 11292 | Q310800092 | $0.00 | MMR GROUP 317 CO  RD 120
LANE CITY, TX 77453 |

| Meter Type | Meter Group | Begin Meter | End Meter | Credits | Total | Covered | Billable | Rate | Overage |
|---|---|---|---|---|---|---|---|---|---|
| B\W | B/W IMAGES | 129,346 * | 131,406 * | | 2,060 | 0 | 2,060 | $0.015750 | $32.45 |
| Color | COLOR IMAGES | 72,983 * | 73,680 * | | 697 | 0 | 697 | $0.098550 | $68.69 |
| Scanner | SCANNED IMA( | 60,327 * | 61,604 * | | 1,277 | 0 | 1,277 | $0.015750 | $20.11 |
| | * Estimated meter reading | | | | | | | | $121.25 |

| | |
|---|---|
| Invoice SubTotal | $571.25 |
| Tax: | $0.00 |
| Invoice Total | $571.25 |
| **Balance Due:** | **$571.25** |

# Apollo Office Systems

# CONTRACT INVOICE

| | |
|---|---|
| Invoice Number: | IN26716 |
| Invoice Date: | 06/01/2017 |

**Bill To:** MMR GROUP
15961 AIRLINE HIGHWAY
BATON ROUGE, LA  77453

**Customer:** MMR GROUP
317 CO  RD 120
LANE CITY , TX  77453

| Account No | Payment Terms | Due Date | Invoice Total | Balance Due |
|---|---|---|---|---|
| MG00 | Due on Receipt | 06/01/2017 | $ 576.52 | **$ 576.52** |
| **Invoice Remarks** | | | | |

| Contract Number | Contact | Contract Amount | P.O. Number | Start Date | Exp. Date |
|---|---|---|---|---|---|
| CT10395-01 | JENNIFER RAUSCH 807-844-5451 | $ 576.52 | BM08107LS-10-0054 | 08/01/2016 | 07/31/2018 |
| **Contract Remarks** | | | | | |

PO BM08107LS-10-0054

**Summary:**

| | |
|---|---|
| Contract base rate charge for the 06/01/2017 to 06/30/2017 billing period | $450.00 |
| Contract overage charge for the 05/01/2017 to 05/31/2017 overage period | $126.52 ** |
| **See overage details below | $576.52 |

**Detail:**

### Equipment included under this contract

### Kyocera/TA 552CI

| Number | Serial Number | | Base Adj. | Location | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11292 | Q310800092 | | $0.00 | MMR GROUP 317 CO  RD 120 LANE CITY, TX 77453 | | | | | |

| Meter Type | Meter Group | Begin Meter | End Meter | Credits | Total | Covered | Billable | Rate | Overage |
|---|---|---|---|---|---|---|---|---|---|
| B\W | B/W IMAGES | 131,406 * | 133,550 * | | 2,144 | 0 | 2,144 | $0.015750 | $33.77 |
| Color | COLOR IMAGE! | 73,680 * | 74,411 * | | 731 | 0 | 731 | $0.098550 | $72.04 |
| Scanner | SCANNED IMA( | 61,604 * | 62,919 * | | 1,315 | 0 | 1,315 | $0.015750 | $20.71 |
| | * Estimated meter reading | | | | | | | | $126.52 |

| | |
|---|---|
| Invoice SubTotal | $576.52 |
| Tax: | $0.00 |
| Invoice Total | $576.52 |
| **Balance Due:** | **$576.52** |

# Apollo Office Systems

# CONTRACT INVOICE

| | |
|---|---|
| Invoice Number: | IN26824 |
| Invoice Date: | 07/01/2017 |

**Bill To:** MMR GROUP
15961 AIRLINE HIGHWAY
BATON ROUGE, LA 77453

**Customer:** MMR GROUP
317 CO RD 120
LANE CITY , TX 77453

| Account No | Payment Terms | Due Date | Invoice Total | Balance Due |
|---|---|---|---|---|
| MG00 | Due on Receipt | 07/01/2017 | $ 572.15 | **$ 572.15** |

| Invoice Remarks |
|---|
| |

| Contract Number | Contact | Contract Amount | P.O. Number | Start Date | Exp. Date |
|---|---|---|---|---|---|
| CT10395-01 | JENNIFER RAUSCH 807-844-5451 | $ 572.15 | BM08107LS-10-0054 | 08/01/2016 | 07/31/2018 |

| Contract Remarks |
|---|
| PO BM08107LS-10-0054 |

**Summary:**

| | |
|---|---|
| Contract base rate charge for the 07/01/2017 to 07/31/2017 billing period | $450.00 |
| Contract overage charge for the 06/01/2017 to 06/30/2017 overage period | $122.15 ** |
| **See overage details below | $572.15 |

**Detail:**

### Equipment included under this contract

## Kyocera/TA 552CI

| Number | Serial Number | Base Adj. | Location |
|---|---|---|---|
| 11292 | Q310800092 | $0.00 | MMR GROUP 317 CO RD 120<br>LANE CITY, TX 77453 |

| Meter Type | Meter Group | Begin Meter | End Meter | Credits | Total | Covered | Billable | Rate | Overage |
|---|---|---|---|---|---|---|---|---|---|
| B/W | B/W IMAGES | 133,550 * | 135,611 * | | 2,061 | 0 | 2,061 | $0.015750 | $32.46 |
| Color | COLOR IMAGE! | 74,411 * | 75,118 * | | 707 | 0 | 707 | $0.098550 | $69.67 |
| Scanner | SCANNED IMA( | 62,919 * | 64,190 * | | 1,271 | 0 | 1,271 | $0.015750 | $20.02 |
| | * Estimated meter reading | | | | | | | | $122.15 |

| | |
|---|---|
| Invoice SubTotal | $572.15 |
| Tax: | $0.00 |
| Invoice Total | $572.15 |
| **Balance Due:** | **$572.15** |

# Apollo Office Systems

# CONTRACT INVOICE

| | |
|---|---|
| Invoice Number: | IN27326 |
| Invoice Date: | 08/01/2017 |

**Bill To:** MMR GROUP
15961 AIRLINE HIGHWAY
BATON ROUGE, LA  77453

**Customer:** MMR GROUP
317 CO  RD 120
LANE CITY , TX  77453

| Account No | Payment Terms | Due Date | Invoice Total | Balance Due |
|---|---|---|---|---|
| MG00 | Due on Receipt | 08/01/2017 | $ 576.10 | **$ 576.10** |
| **Invoice Remarks** | | | | |

| Contract Number | Contact | Contract Amount | P.O. Number | Start Date | Exp. Date |
|---|---|---|---|---|---|
| CT10395-01 | JENNIFER RAUSCH 807-844-5451 | $ 576.10 | BM08107LS-10-0054 | 08/01/2016 | 07/31/2018 |
| **Contract Remarks** | | | | | |
| PO BM08107LS-10-0054 | | | | | |

**Summary:**

| | |
|---|---|
| Contract base rate charge for the 08/01/2017 to 08/31/2017 billing period | $450.00 |
| Contract overage charge for the 07/01/2017 to 07/31/2017 overage period | $126.10 ** |
| **See overage details below | $576.10 |

**Detail:**

**Equipment included under this contract**

## Kyocera/TA 552CI

| Number | Serial Number | Base Adj. | Location |
|---|---|---|---|
| 11292 | Q310800092 | $0.00 | MMR GROUP 317 CO  RD 120 LANE CITY, TX 77453 |

| Meter Type | Meter Group | Begin Meter | End Meter | Credits | Total | Covered | Billable | Rate | Overage |
|---|---|---|---|---|---|---|---|---|---|
| B\W | B/W IMAGES | 135,611 * | 137,746 * | | 2,135 | 0 | 2,135 | $0.015750 | $33.63 |
| Color | COLOR IMAGE! | 75,118 * | 75,846 * | | 728 | 0 | 728 | $0.098550 | $71.74 |
| Scanner | SCANNED IMA( | 64,190 * | 65,506 * | | 1,316 | 0 | 1,316 | $0.015750 | $20.73 |
| | * Estimated meter reading | | | | | | | | $126.10 |

| | |
|---|---|
| Invoice SubTotal | $576.10 |
| Tax: | $0.00 |
| Invoice Total | $576.10 |
| **Balance Due:** | **$576.10** |

# Apollo Office Systems

# CONTRACT INVOICE

| | |
|---|---|
| Invoice Number: | IN27679 |
| Invoice Date: | 09/01/2017 |

**Bill To:** MMR GROUP
15961 AIRLINE HIGHWAY
BATON ROUGE, LA  77453

**Customer:** MMR GROUP
317 CO  RD 120
LANE CITY , TX  77453

| Account No | Payment Terms | Due Date | Invoice Total | Balance Due |
|---|---|---|---|---|
| MG00 | Due on Receipt | 09/01/2017 | $ 576.31 | **$ 576.31** |

| Invoice Remarks |
|---|
| |

| Contract Number | Contact | Contract Amount | P.O. Number | Start Date | Exp. Date |
|---|---|---|---|---|---|
| CT10395-01 | JENNIFER RAUSCH 807-844-5451 | $ 576.31 | BM08107LS-10-0054 | 08/01/2016 | 07/31/2018 |

| Contract Remarks |
|---|
| PO BM08107LS-10-0054 |

**Summary:**

| | |
|---|---|
| Contract base rate charge for the 09/01/2017 to 09/30/2017 billing period | $450.00 |
| Contract overage charge for the 08/01/2017 to 08/31/2017 overage period | $126.31 ** |
| **See overage details below | $576.31 |

**Detail:**

**Equipment included under this contract**

### Kyocera/TA 552CI

| Number | Serial Number | Base Adj. | Location |
|---|---|---|---|
| 11292 | Q310800092 | $0.00 | MMR GROUP 317 CO  RD 120 LANE CITY, TX 77453 |

| Meter Type | Meter Group | Begin Meter | End Meter | Credits | Total | Covered | Billable | Rate | Overage |
|---|---|---|---|---|---|---|---|---|---|
| B\W | B/W IMAGES | 137,746 * | 139,883 * | | 2,137 | 0 | 2,137 | $0.015750 | $33.66 |
| Color | COLOR IMAGES | 75,846 * | 76,576 * | | 730 | 0 | 730 | $0.098550 | $71.94 |
| Scanner | SCANNED IMA( | 65,506 * | 66,821 * | | 1,315 | 0 | 1,315 | $0.015750 | $20.71 |
| | * Estimated meter reading | | | | | | | | $126.31 |

| | |
|---|---|
| Invoice SubTotal | $576.31 |
| Tax: | $0.00 |
| Invoice Total | $576.31 |
| **Balance Due:** | **$576.31** |

407 S 2nd St Alvin, TX  77511-2708    281-286-3600

# Apollo Office Systems

# CONTRACT INVOICE

| | |
|---|---|
| Invoice Number: | IN28466 |
| Invoice Date: | 10/01/2017 |

**Bill To:** MMR GROUP
15961 AIRLINE HIGHWAY
BATON ROUGE, LA  77453

**Customer:** MMR GROUP
317 CO  RD 120
LANE CITY , TX  77453

| Account No | Payment Terms | Due Date | Invoice Total | Balance Due |
|---|---|---|---|---|
| MG00 | Due on Receipt | 10/01/2017 | $ 572.13 | **$ 572.13** |

| Invoice Remarks |
|---|
| |

| Contract Number | Contact | Contract Amount | P.O. Number | Start Date | Exp. Date |
|---|---|---|---|---|---|
| CT10395-01 | JENNIFER RAUSCH 807-844-5451 | $ 572.13 | BM08107LS-10-0054 | 08/01/2016 | 07/31/2018 |

| Contract Remarks |
|---|
| PO BM08107LS-10-0054 |

**Summary:**

| | |
|---|---|
| Contract base rate charge for the 10/01/2017 to 10/31/2017 billing period | $450.00 |
| Contract overage charge for the 09/01/2017 to 09/30/2017 overage period | $122.13 ** |
| **See overage details below | $572.13 |

**Detail:**

**Equipment included under this contract**

## Kyocera/TA 552CI

| Number | Serial Number | Base Adj. | Location |
|---|---|---|---|
| 11292 | Q310800092 | $0.00 | MMR GROUP 317 CO  RD 120 LANE CITY, TX 77453 |

| Meter Type | Meter Group | Begin Meter | End Meter | Credits | Total | Covered | Billable | Rate | Overage |
|---|---|---|---|---|---|---|---|---|---|
| B\W | B/W IMAGES | 139,883 * | 141,948 * | | 2,065 | 0 | 2,065 | $0.015750 | $32.52 |
| Color | COLOR IMAGES | 76,576 * | 77,282 * | | 706 | 0 | 706 | $0.098550 | $69.58 |
| Scanner | SCANNED IMA( | 66,821 * | 68,093 * | | 1,272 | 0 | 1,272 | $0.015750 | $20.03 |
| | * Estimated meter reading | | | | | | | | $122.13 |

| | |
|---|---|
| Invoice SubTotal | $572.13 |
| Tax: | $0.00 |
| Invoice Total | $572.13 |
| **Balance Due:** | **$572.13** |